# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

132922(122)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

FREDA ALIBRI and PRIME PARKING,
L.L.C.,
      Defendants-Appellants,

and

VIA COM OUTDOOR, INC.,
      Defendant.

SC: 132922
COA: 260821
Wayne CC: 02-214468-CC

_____/

      On order of the Court, the motion for reconsideration of this Court's April 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                    _____
p0830                                Clerk